IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NATASHA ARENS,<br><br>        Plaintiff,<br><br>    v.<br><br>POPCORN, INDIANA, LLC, and DOES 1-100,<br><br>        Defendants. | Case No. 14-cv-1323-SC<br><br>ORDER STAYING CASE |

On June 16, 2014, the Court denied Plaintiff Natasha Arens's motion to remand this case to state court. ECF No. 26. Plaintiff has sought permission to appeal the Court's order to the Ninth Circuit. ECF No. 30. Pursuant to the parties' stipulation, ECF No. 33, the Court hereby STAYS this case pending Plaintiff's appeal.

///
///
///
///
///

1    Within fourteen (14) days of the Ninth Circuit's decision, the
2 parties shall notify the Court of the outcome.
3
4    IT IS SO ORDERED.
5
6    Dated: September 5, 2014      
7                                  UNITED STATES DISTRICT JUDGE